

# Fourth Court of Appeals
## San Antonio, Texas

February 2, 2021

No. 04-20-00477-CV

**IN THE INTEREST OF F.B.C.L., B.A.I.L., L.K.A.L., AND J.J.W.L, CHILDREN**

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2019-PA-01116
Honorable Laura Salinas, Judge Presiding

# O R D E R

On January 21, 2021, we ordered appellant's newly appointed counsel to file a response to our order dated October 2, 2020 reasonably explaining why appellant failed to file her pro se notice of appeal in a timely manner. In that order, we explained that the notice of appeal was due by September 8, 2020, but had not been filed until September 16, 2020—within the fifteen-day grace period provided by Rule 26.3 for filing a motion for extension of time.

On January 29, 2020, counsel filed a response explaining that appellant was unable to receive help from her former trial counsel regarding her appeal and was unaware of the appellate deadlines. A reasonable explanation is "any plausible statement of circumstances indicating that failure to file within the [specified] period was not deliberate or intentional, but was the result of inadvertence, mistake, or mischance." *Garcia v. Kastner Farms, Inc.*, 774 S.W.3d 668, 670 (Tex. 1989). Here, counsel's response qualifies as a reasonable explanation.

At this time, the appellate record is complete. We therefore **ORDER** appellant to file her brief **by February 22, 2020**. Because this is an accelerated appeal of an order terminating parental rights which must be disposed of by this court no later than March 15, 2021, requests for extensions of time to file the brief will be disfavored.


_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of February, 2021.



_____
MICHAEL A. CRUZ, Clerk of Court